# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| RENASANT BANK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) No. 3:10-cv-0302 |
| ERIC ERICSON, | ) |
| | ) |
| Defendant. | ) |
| | ) JUDGE SHARP |
| AND | ) MAGISTRATE JUDGE GRIFFIN |
| | ) |
| ERIC ERICSON, | ) |
| | ) |
| Counter-Plaintiff, | ) |
| | ) |
| and | ) |
| | ) |
| TRICIA ERICSON, | ) |
| | ) |
| Additional Claimant, | ) |
| | ) |
| v. | ) |
| | ) |
| RENASANT BANK, | ) |
| | ) |
| Counter-Defendant. | ) |

## ORDER

For the reasons explained in the Memorandum entered contemporaneously herewith, Counter-Defendant's First Motion for Partial Summary Judgment (Docket Entry No. 11) is hereby DENIED. Counter-Defendant's Second Motion for Partial Summary Judgment (Docket Entry No. 52) is GRANTED IN PART and DENIED IN PART.

This case remains set for a bench trial to begin on August 9, 2011.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE